IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTELLIGENT VERIFICATION
SYSTEMS, LLC,

    Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

    Defendants.
                                  /

No. C 13-80248 WHA

**ORDER REQUESTING RESPONSE**

      Plaintiff is requested to respond to non-party Don Mattrick's motion to quash plaintiff's subpoena *ad testificandum* by **NOVEMBER 12 AT NOON**. Plaintiff should also explain in the submission why the motion to quash is not moot given the expiration of plaintiff's subpoena. If plaintiff still wants to take Mr. Mattrick's deposition, plaintiff must fully respond.

      The moving party shall serve a copy of this order on plaintiff by **TODAY, NOVEMBER 8 AT 3:00 P.M.**

      **IT IS SO ORDERED.**

Dated: November 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE