IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTELLIGENT VERIFICATION
SYSTEMS, LLC,

    Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

    Defendants.

No. C 13-80248 WHA

**ORDER REQUESTING RESPONSE FROM DEFENDANTS**

     This miscellaneous action stems from an action in the Eastern District of Virginia before Judge Arenda Allen. Non-party Don Mattrick moves to quash a subpoena issued by plaintiff Intelligent Verification Systems, LLC. In his motion to quash, Mr. Mattrick requests that the undersigned judge defer ruling on his motion to allow Judge Allen to adjudicate the underlying discovery issue. Plaintiff does not oppose this request. The defendants in the underlying action — Microsoft Corporation and Majesco Entertainment Co. — are requested to please notify the Court whether they object to this course of action by **NOVEMBER 19 AT NOON**.

     Mr. Mattrick shall serve a copy of this order on defendants by **NOVEMBER 18 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 15, 2013.

              WILLIAM ALSUP
              UNITED STATES DISTRICT JUDGE