UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| INTELLIGENT VERIFICATION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and MAJESCO ENTERTAINMENT CO.,<br><br>Defendants. | Case No. 3:13-MC-80248-WHA<br><br>E.D. Virginia<br>Case No. 2:12-cv-525-AWA-LRL<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF INTELLIGENT VERIFICATION SYSTEMS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Having carefully considered *Microsoft Corporation's and Majesco Entertainment Co.'s Response In Support of Plaintiff Intelligent Verification Systems, LLC's Motion for Leave to File Under Seal*, the Court hereby FINDS that the following documents and exhibits are entitled to protection under the law, and hence sealable, and AUTHORIZES and ORDERS that the following documents and exhibits shall be filed under seal and subject to all protections afforded thereto.

| Exhibit No. | Document Description |
|---|---|
| n/a<br><br>DENIED | ~~Unredacted Version of *Opposition to Non-Party Don Mattrick's Motion to Quash Subpoena Ad Testificandum from Plaintiff Intelligent Verification Systems, LLC*~~ |

| | | |
|---|---|---|
| | 6 | Excerpts from Matthew Barlow's deposition of July 26, 2013 and exhibits nos. 7 and 8 from the deposition produced by Microsoft and Bates numbered MS_IVS00324330-31 and MS_IVS00297892. |
| | 18 | Document produced by Microsoft and Bates numbered MS_IVS00341696-97. |
| | 19 | Document produced by Microsoft and Bates numbered MS_IVS00343243-52. |
| | 20 | Document produced by Microsoft and Bates numbered MS_IVS00285177. |
| | 21 | Document produced by Microsoft and Bates numbered MS_IVS00764212-14 |
| | 23 | Document produced by Microsoft and Bates numbered MS_IVS00775197-98 |
| | 25 | Document produced by Microsoft and Bates numbered MS_IVS00328812 |
| | 26 | Document produced by Microsoft and Bates numbered MS_IVS315645-47 |
| | 27 | Document produced by Microsoft and Bates numbered MS_IVS00780016 |
| | 28 | Document produced by Microsoft and Bates numbered MS_IVS00334188-92 |
| | 29 | Document produced by Microsoft and Bates numbered MS_IVS00325483-4 |
| | 30 | Document produced by Microsoft and Bates numbered MS_IVS00782666-67 |
| | 31 | Excerpts from Paul Campagna deposition of September 24, 2013. |
| | 32 | Exhibit 7 to the deposition of Paul Campagna produced by Majesco Entertainment and Bates numbered MAJESCO0064664. |
| | 33 | Document produced by Microsoft and Bates numbered MS_IVS01343786-88 |
| | 34 | Document produced by Microsoft and Bates numbered MS_IVS01676176. |
| | 35 | Document produced by Microsoft and Bates numbered MS_IVS01602336-38 |
| | 36 | Document produced by Microsoft and Bates numbered MS_IVS01602339-41. |

**IT IS SO ORDERED.**

Dated: November 19, 2013.

_____
Hon.
United
Judge William Alsup

*IT IS SO ORDERED AS MODIFIED* — Judge William Alsup

PROPOSED ORDER

2

CASE NO. 3:13-MC-80248-WHA