UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGENT VERIFICATION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and MAJESCO ENTERTAINMENT CO.,<br><br>Defendants. | Case No. C-13-80248 WHA<br><br>E.D. Virginia<br>Case No. 2:12-cv- 525-AWA-LRL<br><br>[PROPOSED] **ORDER ON JOINT MISCELLANEOUS REQUEST TO CONTINUE STATUS CONFERENCE AND STATUS UPDATE**<br><br>Hearing date: Jan. 9, 2014<br>Time: 11:00 a.m. |

Having carefully considered the Joint Request to Continue Status Conference currently set for Thursday January 9, 2014, the Court orders as follows:

The Joint Miscellaneous Request to Continue Status Conference and Status Update for approximately three weeks is hereby GRANTED.

The Status Conference set for January 9, 2014 at 11:00 is VACATED, and is reset for February 6, at 11:00 a.m.

IT IS SO ORDERED.

Dated: January 7, 2014.    By: _____
                              Judge William Alsup

Joint Motion to Continue Status Conference and Status Update