UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGENT VERIFICATION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and MAJESCO ENTERTAINMENT CO.,<br><br>Defendants. | Case No. C-13-80248 WHA<br><br>E.D. Virginia<br>Case No. 2:12-cv- 525-AWA-LRL<br><br>[PROPOSED] ORDER ON JOINT REQUEST TO VACATE STATUS CONFERENCE AND DISMISS THIS MATTER<br><br>Hearing date: Feb. 6, 2014<br>Time: 11:00 a.m. |

   Having carefully considered the Joint Request to Vacate Status Conference and Dismiss the matter currently set for Thursday, February 6, 2014, the Court orders as follows:

   The Joint Request to Vacate Status Conference and Dismiss this matter is hereby GRANTED.

Order to Vacate Status Conference and Dismiss Matter          CASE NO. C-13-80248WHA

1

1  The Status Conference set for February 6, 2014 at 11:00 is VACATED, and this
2  matter DISMISSED. The Clerk shall close the file.

3

4  IT IS SO ORDERED.

5  Date:      February 3, 2014.       By:

*IT IS SO ORDERED*
*Judge William Alsup*

Order to Vacate Status Conference and Dismiss           CASE NO. C-13-80248WHA
Matter

2